Approved: _____
JONATHAN L. BODANSKY
Assistant United States Attorney

Before:   THE HONORABLE SARAH NETBURN
          United States Magistrate Judge
          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

         - v. -

STEVE ROSADO,

         Defendant.

- - - - - - - - - - - - - - - - - x

**20 MAG 13098**

<u>COMPLAINT</u>

Violations of 18
U.S.C. §§ 2422(b),
2260A, and 2

SOUTHERN DISTRICT OF NEW YORK, ss.:

THOMAS THOMPSON, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

<u>COUNT ONE</u>
(Attempted Enticement)

1.   From on or about November 30, 2020, up to and including on or about December 7, 2020, in the Southern District of New York and elsewhere, STEVE ROSADO, the defendant, willfully and knowingly, did use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do the same, to wit, ROSADO used computers and/or telephones to communicate with an undercover FBI agent about arranging to engage in sexual activity with a purported twelve-year-old girl and a purported nine-year-old girl, and attempted to meet with the girls to engage in sexual activity.

(Title 18, United States Code, Sections 2422(b) and 2.)

**COUNT TWO**
(Penalties for Registered Sex Offenders)

2.   From on or about November 30, 2020, up to and including on or about December 7, 2020, in the Southern District of New York and elsewhere, STEVE ROSADO, the defendant, being required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422, to wit, the violation of Title 18, United States Code, Section 2422(b) charged in Count One of this Complaint.

(Title 18, United States Code, Section 2260A.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.   I am a Special Agent with the FBI and have been so employed for approximately sixteen years.  I am assigned to an FBI squad charged with enforcing federal laws prohibiting child pornography and other forms of child exploitation.  As such, I have worked on numerous investigations and prosecutions involving minor victims and the adults who victimize these children.  This affidavit is based upon my personal participation in the investigation of this matter, as well as on my conversations with other law enforcement officers and my examination of documents, reports, and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts I have learned during the investigation.  Where the contents of documents or the actions, statements, or conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.   Based on my review of communications exchanged between an FBI Special Agent acting in an undercover capacity ("UC-1") and an individual identified as STEVE ROSADO, the defendant, I have learned, among other things, the following:

a.   On or about November 29, 2020, UC-1, posing as the mother of a twelve-year-old girl ("Minor-1") and a nine-year-old girl ("Minor-2"), initiated a series of conversations via an instant messaging service (the "Messaging Service") with another user of the Messaging Service (the "Target Subject").  UC-1 and the Target Subject later exchanged telephone numbers and proceeded to have ongoing written communications via the Messaging Service and text message, as well as multiple telephone conversations that were recorded by UC-1.

    b. In these conversations, from on or about November 30, 2020, up to and including on or about December 7, 2020, the Target Subject expressed interest in engaging in sexual activity with both Minor-1 and Minor-2.  The following are excerpts from a Messaging Service exchange between UC-1 and the Target Subject on or about November 30, 2020:

| | |
|---|---|
| Target Subject: | Will [Minor-1] be a very good girl during bed time with me being her new daddy? |
| UC-1: | I think once she sees what a good daddy you are and gentle she will be very loving |
| Target Subject: | Once she sees I treat . . . everyone good in our close family, she will be receptive to handling my needs just like her mommy? |
| UC-1: | I think she will like pleasing a good daddy like u |

\*\*\*

| | |
|---|---|
| UC-1: | You know how to treat little good girls – they are delicate |
| Target Subject: | I hope so, I'd be so happy with being taken care of . . . yes I'll be gentle and go very slow with our little angels and I'd especially go bareskin so we both feel the best from taking care of each other in bed.  I hope you can accommodate that sweetie with our little girls while I care for all of you |

\*\*\*

| | |
|---|---|
| Target Subject: | And yes I'll be sure gentle with both of our angels.  I'll try to move gentle and slowly in our oldest angel when she takes care of me and let her know how happy she made me after I fill her up with my warm love juices inside her beautiful body. |

3

    c. During these communications, UC-1 and the Target Subject arranged to meet for a drink at a bar (the "Bar") in Manhattan on the evening of Monday, December 7, 2020, with the understanding that they would return to UC-1's apartment afterward and the Target Subject would then engage in sexual activity with Minor-1. The following are excerpts from a Messaging Service exchange between UC-1 and the Target Subject on or about November 30, 2020:

| | |
|---|---|
| Target Subject: | We can meet up and have a nice lil dinner or drinks |
| | And then you can introduce me to the girls |
| | And we can see about asleep over to get settled in to our new routine together . . . all of us |
| *** | |
| Target Subject: | So doing the sleep over I know the oldest will be ready for what I want . . . I think the little one will just be ready for just some things at first. |
| *** | |
| UC-1: | And yeah [Minor-1] might be ready [d]epending on what you wanna do? |
| Target Subject: | With [Minor-1] it's all the way but I'll be gentle and go slow with her |

    d. The Target Subject continued to confirm the plan throughout the week, writing on or about December 3, 2020, via the Messaging Service: "So Monday with you me and the girls that set in stone hopefully?" and "I can't wait to see you and [Minor-1] in action . . . I bet she will make you ever proud and be able to take me in her mouth and pussy very much like her mommy."

    e. The Target Subject also discussed what he and UC-1 would do if the Target Subject impregnated Minor-1. The following are excerpts from a Messaging Service exchange between UC-1 and the Target Subject on or about December 5, 2020:

4

| | |
|---|---|
| UC-1: | Ok what if she [Minor-1] gets pregnant |
| Target Subject: | I'll love and take care of my family forever.  We will discuss it more and try to plan things out.  I doubt that will be an issue anytime soon . . . maybe in 2-3 years. |
| UC: | Yeah we have some time lol.  She doesn't even get a period yet.  Just don't want any questions about her b[e]ing pregnant.  We will hafta plan it out about what to do if our angel has ur baby |
| Target Subject: | I think she would handle it just great but we can have her give birth in nj and just say she had a teen bf in nj that got her pregnant and raise the baby as our own in nyc.  Most hospitals are flooded with covid so she will give birth as another preg teen and everyone will be too swam to ask or care and she would leave right after the birth cause the hospital or clinic would need the bed.  Or I can find a midwife to do a home birth and see if I can pay them to get a birth certificate and do stuff with no questions. |

    f. The Target Subject also provided UC-1 with his test results for COVID-19 and HIV, writing to UC-1 on or about November 30, 2020, via the Messaging Service: "this way you know I'll fill our lil angels up with clean warm luv juice."

    g. On or about December 3, 2020, the Target Subject sent photographs (the "Photographs"), that he represented were photographs of himself, to UC-1.

  5. Based on conversations with UC-1 and my personal observations of the following, I have learned that on or about December 7, 2020, STEVE ROSADO, the defendant, met UC-1 at the Bar.  UC-1 and ROSADO then exited the Bar and began walking toward UC-1's purported apartment, at which point ROSADO was arrested.  At the time his arrest, ROSADO was in possession of a backpack containing, among other things, a toothbrush, a change of clothes, and lubricant.

5

6.   Based on my visual inspection, STEVE ROSADO, the defendant, is the same person as the individual in the Photographs.

7.   Based on my review of records provided by the Messaging Service, I have learned that the Target Subject Messaging Service account is associated with an IP address (the "Target Subject IP Address") registered to an internet provider (the "Internet Provider").  Based on my review of records provided by the Internet Provider, I have learned that (i) a telephone number associated with the Target Subject IP Address is the telephone number that the Target Subject provided to UC-1, and (ii) the subscriber associated with the Target Subject IP Address is STEVE ROSADO, the defendant.

8.   Based on information provided by a provider of electricity (the "Electricity Provider"), I have learned that an Electricity Provider account registered in the name of STEVE ROSADO, the defendant, is associated with the phone number provided by the Target Subject to UC-1.

9.   Based on the foregoing, I believe that the Target Subject is STEVE ROSADO, the defendant.

10.   Based on my review of publicly available databases, including the National Sex Offender Registry and the New York State Sex Offender Registry, I have learned that STEVE ROSADO, the defendant, is a registered sex offender.

11.   Based on my review of criminal history records, I have further learned that STEVE ROSADO, the defendant, was convicted in 2005 in New York of rape in the second degree, in violation of New York Penal Law Section 130.30, and was convicted in 2004 in New York of possessing a sexual performance by a child, in violation of New York Penal Law Section 263.16.

WHEREFORE, I respectfully request that STEVE ROSADO, the defendant, be imprisoned or bailed, as the case may be.

/s authorized electronic signature

_____
THOMAS THOMPSON
Special Agent
Federal Bureau of Investigation


Sworn to me through the transmission of this Complaint by reliable electronic means, pursuant to Federal Rule of Criminal Procedure 4.1, this  8  day of December, 2020

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK