**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 19, 2022

<u>VIA ECF</u>

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
New York, New York 10007

Re:   <u>United States v. Steve Rosado</u>
      S1 21 Cr. 3 (JSR)

Dear Judge Rakoff:

I am writing on behalf of Steve Rosado to supplement his original sentencing submission, dated March 31, 2022, in advance of his upcoming April 26, 2022 sentencing proceeding. Since the original filing, Mr. Rosado has successfully completed an independent study on healthy relationships with the Psychology Department at the MDC. *See* Certificate of Completion, attached as Exhibit A. Mr. Rosado's rehabilitation efforts and successful completion of this and other programs as outlined in his original submission warrant a downward variance. *See, e.g.*, *Pepper v. United States*, 562 U.S. 476, 490 (2011). "[N]umerous social science research studies have demonstrated that prison-based rehabilitation programs do in fact have a significant impact on recidivism." Kimberly L. Patch, *The Sentencing Reform Act: Reconsidering Rehabilitation as a Critical Consideration in Sentencing*, 39 New. Eng. J. on Crim. & Civ. Confinement 165, 187 (2013). Keeping Mr. Rosado's rehabilitation successful efforts in mind, a downward variance is appropriate as "the punishment should fit the offender and not merely the crime." *Williams v. New York*, 337 U.S. 241, 247 (1949); *see also Koon v. United States*, 518 U.S. 81 (1996). Given Mr. Rosado's extraordinary rehabilitation efforts more fully described in the original submission, a sentence of 15 years will be more than adequate to meet the goals of sentencing.

Respectfully Submitted,

*Marisa K. Cabrera*

Marisa K. Cabrera
Assistant Federal Defender

cc:   AUSA Jonathan Bodansky
      AUSA Jane Chong