# CERTIFICATE OF COMPLETION

PRESENTED TO

## STEVE ROSADO

REGISTER # 91308-054

FOR PARTICIPATION & COMPLETION OF AN INDEPENDENT STUDY ON HEALTHY RELATIONSHIPS WITH THE PSYCHOLOGY DEPARTMENT METROPOLITAN DETENTION CENTER, BROOKLYN, NY

THIS CERTIFICATE IS HEREBY ISSUED ON MARCH 31, 2022

N. APOLEON, MPH, PSY.D.
STAFF PSYCHOLOGIST